ROWLAND B. DUTCHER and Another, Respondents, v. HENRY DECKER, Appellant.— Judgment reversed on the law and facts and a new trial granted, with costs to the appellant to abide the event. The court reverses findings of fact numbered 9, 11, 12, 13, 16 and 17, and disapproves of the conclusions of law contained in the

decision. Opinion by Rhodes, J. (which is not to be published because not of general interest). Hill, P. J., McNamee, Crapser and Heffernan, JJ., concur.